1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )
12              Plaintiff,           )    SA 07-264M
                                     )
13       v.                          )    ORDER OF DETENTION AFTER HEARING
                                     )    (18 U.S.C. § 3142(i))
14  LUIS ARMANDO SICAIROS,           )
                                     )
15              Defendant.           )
    _____)
16

17                                   I.

18    A.  ( ) On motion of the Government involving an alleged

19         1. ( ) crime of violence;

20         2. ( ) offense with maximum sentence of life imprisonment or death;

21         3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23         4. ( ) felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25         1. ( X ) serious risk defendant will flee;

26         2. ( ) serious risk defendant will

27              a. ( ) obstruct or attempt to obstruct justice;

28              b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                                            II.

2      The Court finds no condition or combination of conditions will reasonable assure:

3      A. ( X )   appearance of defendant as required; and/or

4      B. ( ) safety of any person or the community;

5                                            III.

6      The Court has considered:

7      A. ( x ) the nature and circumstances of the offense;

8      B. (x) the weight of evidence against the defendant;

9      C. (x) the history and characteristics of the defendant;

10     D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                          IV.

12     The Court concludes:

13     A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19     C. ( ) A serious risk exists that defendant will:

20           1. ( )   obstruct or attempt to obstruct justice;

21           2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24           provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8   Dated:    September 26, 2007

      Marc L. Goldman
      U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                           - 3 -                                  Page 3 of 3